# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KULWINDER SINGH and BIKRAMJIT SINGH, on their own behalf and on behalf of others similarly situated,

                Plaintiff,                21 **CIVIL** 8499 (CS)

         -against-                        **JUDGMENT**

MH MOBIL INC d/b/a MEADOW HILL MOBIL MART and MH MOBIL 300 INC d/b/a MEADOW HILL MOBIL MART,

                Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 11, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 12, 2024

                                            **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                    **BY:**
                                          **Deputy Clerk**